IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TREVONE MILLER**  **PLAINTIFF**
**ADC #178501**

V.   NO. 4:25-cv-00802-JM-ERE

**JORDAN SLAYDEN**, *et al*.   **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Miller's timely objections (Doc. No.27), as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Miller's official capacity claims for money damages against all Defendants are DISMISSED, without prejudice. His claims against the Defendants in their individual capacity remain pending.

IT IS SO ORDERED, this 9th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE