**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TREVONE MILLER** **PLAINTIFF**
**ADC #178501**

**V.** **NO. 4:25-cv-00802-JM**

**JORDAN SLAYDEN, *et al.*** **DEFENDANTS**

**ORDER**

On July 8, 2026, mail sent to *pro se* plaintiff Trevone Miller was returned as undeliverable. *Doc. 122*. As a result, on July 13, 2026, the Court ordered Mr. Miller to provide an updated address to the Court. *Doc. 123*. The Court specifically warned Mr. Miller that his lawsuit could be dismissed if he failed to comply with the Court's Order.

To date, Mr. Miller has not provided an updated address to the Court and the time to do so has passed.

IT IS THEREFORE ORDERED THAT:

1. The Court withdraws the reference.

2. Mr. Miller's complaint is DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's July 13, 2026 Order; (2) provide the Court an updated address; and (3) prosecute this lawsuit.

3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

4. The Clerk is instructed to close this case.

Dated this 26th day of August, 2026.

UNITED STATES DISTRICT JUDGE