**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TREVONE MILLER** **PLAINTIFF**
**ADC #178501**

**V.** **NO. 4:25-cv-00802-JM**

**JORDAN SLAYDEN, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 26th day of August, 2026.

UNITED STATES DISTRICT JUDGE